## Edward Williams et al. v. The Republic Insurance Co.

*Heard October 22. Decided January 5.*

Case made from Wayne Circuit.

The facts in this case,—so far as they were considered by the Court as essential to its determination, differ from the preceding—(*Williams v. The Albany City Ins. Co.*), only in this: that the note given for the premium, being unpaid at maturity, and having been protested for non-payment and the endorsers duly notified, was paid by the endorsers, after the loss, to a local agent of the insurers; that the money so received was transmitted to the defendants, who refused to accept it.

*Alfred Russell*, for plaintiffs.

*Newberry, Pond & Brown*, for defendants,

Cite to the point, that the action of the local agent, in taking the premium was no waiver, after it was repudiated by the Company.— *Wall v. Home Ins. Co., 8 Bos. 597 ; Bunten v. Orient Mut. Ins. Co., 4 Ib. 254.*

CHRISTIANCY J.

This case is decided by that of the same plaintiffs against the Albany City Insurance Company.

The judgment of the Circuit Court for the County of Wayne must be affirmed.

The other Justices concurred.